Leo P. Harris, Appellee, v. Oxford Metal Spinning Company, Inc., Appellant.

Gen. No. 41,980.

Heard in third division, first district, this court at October term, 1941; opinion filed June 24, 1942. Whitty & McGah, for appellant; William E. Moran, of counsel; Archie Schimberg, for appellee; Harold J. Finder, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''